# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DANIEL GALLARDO, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00111-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| IREDELL COUNTY COURTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 23, 2023 Order.

March 23, 2023

Frank G. Johns, Clerk
United States District Court